EXHIBIT "C"

## PLAINTIFF'S WITNESSES

1. Plaintiff,
   ROBERT BIONDOLILLO

2. Josephine Biondolillo
   c/o Plaintiff, ROBERT BIONDOLILLO

3. AnneMarie Biondolillo
   c/o Plaintiff, ROBERT BIONDOLILLO

4. Kathy Biondolillo
   c/o Plaintiff, ROBERT BIONDOLILLO

5. FBI Special Agent Anthony Velazquez
   c/o Defendant

6. FBI Special Agent Stefan Nass
   c/o Defendant

7. FBI Special Agent Hector Pasquera

8. FBI Special Agent David Billitier
   c/o Defendant

9. FBI Special agent Allan Sadowski
   c/o Defendant

10. Judge Eileeen O'Connor

11. Roger Stefin
    c/o Defendant
    BY DEPOSITION

12. Jeffrey Kaplan
    c/o Defendant

13. FBI Special Agent Paul Myer (Ret.)
    c/o Defendant
    BY DEPOSITION

14. FBI Special Agent Robert Casey
    c/o Defendant
    BY DEPOSITION

15. FBI Special Agent Mike Welch
    c/o Defendant
    BY DEPOSITION

16. DEA Special Agent Ed Duffy
    c/o Defendant
    BY DEPOSITION

17. James T. Moore
    Southern Strategy Group
    P.O Box 10570
    Tallahassee, Fl. 32302

18. Det. Doug Williams
    Coral Springs Detective
    Special Investigations Unit
    Coral Springs Police

19. Scott Grant
    Inspector, Executive Investigations
    FDLE
    Tallahassee, Florida 32302

20. Martin Goldberg, Esq.
    Lash & Goldberg
    Suite 1200
    100 S.E. 2nd Street
    Miami, Florida 33131

21. Susan Kopp
    Supervisory Special Agent
    Florida Department of Law Enforcement
    1030 NW 111 Avenue
    Miami, Florida 33172

22. John Vecchio
    Supervisory Special Agent
    Florida Department of Law Enforcement
    1030 NW 111 Avenue
    Miami, Florida 33172

23. John Coffey
    Regional Supervisory Special Agent
    Florida Department of Law Enforcement
    1475 62nd Street, Suite 203

        Fort Lauderdale, Florida 33309

25. Michael Mann
    Special Agent in Charge
    Florida Department of Law Enforcement
    1030 NW 111 Avenue
    Miami, Florida 33172

26. Richard Kleiman, M.D.
    TRIAL TESTIMONY

27. Steven Southworth, M.D.
    TRIAL TESTIMONY 1/8/03

28. Steven Cohen, M.D.
    TRIAL TESTIMONY 1/8/03

29. Gary Gieseke, M.D.
    TRIAL TESTIMONY 1/8/03

30. Bruce Zaret, M.D.
    TRIAL TESTIMONY 1/9/03

31. Lawrence Russomano, M.D.
    TRIAL TESTIMONY 1/9/03

32. Brenda Goff
    TRIAL TESTIMONY 1/9/03

33. Plaintiff reserve the right to supplement this witness list as further witnesses are identified.

34. Any and all witnesses listed by any other parties to this litigation.

35. Any witnesses deposed in this matter or identified through discovery.

36. Any impeachment witnesses which may prove necessary.