UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-21014-CIV-SEITZ/McALILEY

ROBERT BIONDOLILLO,

      Plaintiff,

vs.

UNITED STATES OF AMERICA.

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(E) of the United States District Court, Southern District of Florida, the following have been filed with the Clerk of this Court:

## PLAINTIFF'S AMENDED WITNESS LIST

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court, and served upon counsel of record via electronic filing this __20th__ day of June, 2007, to Karin D. Wherry, Esquire, Assistant United States Attorney, U.S. ATTORNEY'S OFFICE, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132.

      **FREIDIN ● DOBRINSKY, P.A.**
      Counsel for Plaintiff
      2 South Biscayne Boulevard
      One Biscayne Tower, Suite 3100
      Miami, Florida 33131
      Telephone: 305-371-3666
      Facsimile: 305-371-6725

      /S/ T. OMAR MALONE
      T. OMAR MALONE
      Florida Bar No. 697796

## PLAINTIFF'S AMENDED WITNESS LIST[1]

37. Helga R. Gonzalez, Acting Administrative Officer for the Miami Division of the of Federal Bureau of Investigation.

38. Victoria R. McNeese, Supervisory Paralegal Specialist in the Office of the General Counsel at the Federal Bureau of Investigation Headquarters in Washington, D.C.

---

[1] In addition to the witnesses that the Plaintiff has already disclosed in connection with the Court's Order Setting Trial Date and Pretrial Deadlines dated April 7, 2006 and the Court's Order of May 9, 2007, the Plaintiff will call the above witnesses at the trial in this matter.