BIONDOLILLO v. USA    CASE NO. 05-21014-CIV-SEITZ/McAULEY
DEFENDANT'S EXHIBIT LIST

| EXH | DESCRIPTION | WITNESS | BATES STAMP # | OBJ | ADMITTED |
|---|---|---|---|---|---|
| 1 | Sunrise police reports for arrest on 01/23/94, including Biondolillo's narrative | Steffan Nass | 0001-0035 | no | yes 7/30/07 |
| 2 | Worker's Compensation Notice of Injury Claim, 1994. | Steffan Nass | 0036-0037 | yes | yes 7/30/07 |
| 3 | Composite of Grand Jury Subpoenas for investigation of Biondolillo | Steffan Nass | 0038-0066 | no | yes 7/31/07 |
| 4 | Dr. Richard Kleiman's Medical Records on Biondolillo | Steffan Nass | 0067-0070 | no | yes 7/30/07 |
| 5 | Dr. Bruce Zaret's Medical Records on Biondolillo | Steffan Nass/Dr. Zaret/by stipulation | 0071-0076 | yes | yes 7/30/07 |
| 6 | Dr. Gary Gieseke's Medical Records on Biondolillo | Steffan Nass | 0077-0079 | no | yes 7/30/07 |
| 7 | Excerpts from Biondolillo medical file by Dr. Dawn Swilling, Doctor of Chiropractic | Steffan Nass | 0080-0083 | yes | yes 7/30/07 |
| 8 | Cleveland Clinic Records on Biondolillo, includes Dr. Stephen Southworth's notes | Steffan Nass | 0084-0091 | no | yes 7/30/07 |
| 9 | Dr. Russomano's Medical Records on Biondolillo | Steffan Nass/Dr. Russomano/by stipulation | 0092-0095 | (TI-1) | yes 7/30/07 |
| 10 | Universal Medical Center Emergency Department & Physician Triage Assessment | Steffan Nass | 0096-0100 | no | yes 7/30/07 |
| 11 | Plaintiff's amended civil complaint, Robert Biondolillo v. S&S SERVICES, Inc. d/b/a SAWGRASS SHELL, a Florida corp., and LEHN MGMT CORP. d/b/a MCDONALDS, a Florida Corp., Case No. 96-000982 | Steffan Nass  TI-4 | 0101-0106 | no | yes 7/30/07 |
| 12 | Biondolillo deposition, Case No. 96-000982, Jan. 13, 1997 | Steffan Nass | 0107-0198 | no | yes 7/24/07 |
| 13 | Excerpts from Biondolillo FBI National Academy File | Steffan Nass | 0199-0220 | yes | yes 7/24/07 |
| 14 | Biondolillo's 1997 worker's compensation claim at FBI NA | Steffan Nass | 0221-0224 | no | yes 8/7/07 |
| 15 | Copies of all grand jury transcripts (Nass - 4/30/02 & 5/7/02, Zaret, Russomano) | Steffan Nass | 0225-0368 | no | yes 7/30/07 |
| 16 | FBI Reports of Interviews for Alex McClellan, Joe Micelli, Daryl Gallaway, Daniel Kobayashi, Carlos Ortiz and Ed Duffy | Steffan Nass | 0369-0383 | no | yes 8/7/07 |
| 17 | Pros. Memo for United States vs. Robert Biondolillo | Jeffrey Kaplan | 0384-0389 | no | yes 8/7/07 |
| 18 | Pros. Memo Recommending Dismissal of Indictment | Jeffrey Kaplan | 0390-0395 | | |
| 19 A&B | Plaintiff's Response and Supplement Response to Defendant's First Set of Interrogatories | plaintiff pleading and/or court document | 0396-0409 | no | yes 8/6/07 |
| 20 | Copy of Indictment | Steffan Nass | 0410-0420 | no | yes 8/7/07 |
| 21 | Gene Paul 1995 interview transcript | Steffan Nass | 0421-0433 | no | yes 7/30/07 |
| 22 | Plaintiff's Notice of Service of Interrogatories Biondolillo v. Shell & McDonalds 10/15/96 | Steffan Nass | 0434-0438 | NO | yes 7/30/07 |
| 23 | Anonymous letter to Blue Cross & Blue Shield | Steffan Nass | TT 6435 439 13,001 | NO | yes 8/1/07 |
| 24 | Biondolillo's FDLE Application | Steffan Nass | 0440-0444 | no | yes 7/30/07 |
| 25 | FBI Accept for Property | Biondrilillo | | no | yes 8/1/07 |
| 26 | 302 of interview David Boyce (May 4, 2001) concerning FDLE Connection | Biondrilillo | | no | yes 8/1/07 |
| 2TI | Dec. Peace (admitted as TG Ex4) | | | | |